1 **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

3  Name HERNANDEZ, ORLANDO
4       (Last)         (First)         (Initial)
5  Prisoner Number # 2304416
6  Institutional Address P.O. BOX 67 @ SAN BRUNO, CALIF. 94066
7  COUNTY JAIL #5 @ 2B

===============================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Orlando Hernandez
(Enter the full name of plaintiff in this action.)

CV 08 00640 JSW

Case No. _____
(To be provided by the clerk of court)

vs (SHERIFFS' DEPT.)
San Francisco Police Dept.
San Francisco City of S.F.
S.F. County (Sheriffs' Dept.)
Primary defendant is Sheriffs'
(Enter the full name of the defendant(s) in this action)
Excessive force/brutality Dept.
SHERIFF MICHAEL HENNESSY

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

[All questions on this complaint form must be answered in order for your action to proceed..]

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement COUNTY JAIL #5 @ SAN BRUNO CALIFORNIA

B.  Is there a grievance procedure in this institution?
    YES (✓)   NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (✓)   NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the

(Primary charge is against Sheriffs' Dept.)
(for brutality and excessive-force.)

COMPLAINT ~~━━━━━━~~ - 1 - ~~━━━━━━~~

UNLAWFUL DETAINMENT, (EXCESSIVE FORCE,) LOSS OF WAGES, (PAIN & SUFFERING.) (Brutality)

|   |   |   |
|---|---|---|
| 1 |  | appeal at each level of review. If you did not pursue a certain level of appeal, |
| 2 |  | explain why. |
| 3 |  | 1. Informal appeal _Grievance to County Jail Lieutenant_ |
| 4 |  | _____ |
| 5 |  | _____ 2. First |
| 6 |  | formal level_____ |

1. Informal appeal _Grievance to County Jail Lieutenant_

2. First formal level _____

3. Second formal level _Grievance to Captain @ C.J. #5_

4. Third formal level _Controllers Office of City Attorney Dennis Herrera_

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_ORLANDO HERNANDEZ @ P.O. BOX #67 @ SAN BRUNO, CA. 94066_

B. Write the full name of each defendant, his or her official position, and his or her
_ORLANDO HERNANDEZ_

COMPLAINT                         - 2 -

1  place of employment. N. A.
2  _____
3  _____
4  _____
5  _____
6  _____ III.

7  Statement of Claim

8  State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.

12 ON July 25th, 2007 in County Jail #2 @ 7th floor a
13 deputy Sanchez violently beat me for absolutely
14 no reason but to show-off. Not only did he use
15 excessive-(extreme excessive force) force and
16 brutality by slamming my face into a wooden
17 table numerous times, but he laughed, as if
18 to enjoy it as I pleaded with him to stop! Seince
19 this incident which I have photos to show and
20 exhibit as proof, I have suffered extreme depress-
21 ion and pain. I had black-eye, bruised upper
22 lip, and there was no excuse to justify this conduct
23 I am a candidate for use of the 42 U.S.C. 1983
24 Section, because my constitutional rights were violated.

25 IV. Relief

26 Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 TO BE DETERMINED BY COUNSEL/ATTORNEY, AT
A LATER DATE.

COMPLAINT                - 3 -

1
2
3
4
5
6
7    I declare under penalty of perjury that the foregoing is true and correct.
8
9    Signed this ___17___ day of __January__, 20_08_
10
11   _____
12   (Plaintiff's signature)
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                              - 4 -

Name: Orlando Hernandez
Address: P.O. Box 67 @ San Bruno, Ca. 94066
Telephone

1-17-08

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF STATE OF CALIFORNIA

Orlando Hernandez
    Plaintiff
v.
San Francisco Sheriffs' Dept.
Officer Sanchez badge #838
County of San Francisco
Sheriff C.E.O. Michael Hennessy et al,
    Defendants

SUMMONS

Civil Action No. _____

CV 08   00640
JSW

*SUMMONS*

TO THE ABOVE-NAMED DEFENDANTS:

    You are hereby summoned and required to serve upon plaintiffs, whose address is [P.O. BOX 67 @ San Bruno, Ca. 94066] an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date _____

Orlando Hernandez
P.O. Box 67@
San Bruno, Ca. 94066

United States District Court
450 Golden Gate Ave
P.O. Box 36060 @ S.F., CA.
CLERK-RICHARD W. WIEKING
San Francisco, Ca. 94102
℅ Clerk of the Court
(Urgent)

