1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT
9        NORTHERN DISTRICT OF CALIFORNIA

10    _Orlando Hernandez_ )    **CV 08      00640**
11                    Plaintiff, )    CASE NO. _____
                       )
12      vs. (Sheriff's Dept.) )    **JSW**
        _San Francisco Police Dept._ )  **PRISONER'S**
13      _City of San Francisco_ )  **APPLICATION TO PROCEED**
14      _S. F. County_ )    **IN FORMA PAUPERIS**
                    Defendant. )
15    _Sheriffs' Dept. is primary defendant._

16          I, _ORLANDO HERNANDEZ_ declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application

18    is true and correct. I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security. I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.

22          In support of this application, I provide the following information:

23    1.    Are you presently employed? Yes ____ No ✓ _INCARCERATED @ C.J. #5_

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: _____Ø_____    Net: _____Ø_____

27    Employer: _____

28    _____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _____

5   _____

6   _____

7   2.    Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.    Business, Profession or                Yes ____ No ✓

10              self employment

11      b.    Income from stocks, bonds,            Yes ____ No ✓

12              or royalties?

13      c.    Rent payments?                        Yes ____ No ✓

14      d.    Pensions, annuities, or               Yes ____ No ✓

15              life insurance payments?

16      e.    Federal or State welfare payments,    Yes ____ No ✓

17              Social Security or other govern-

18              ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23   3.    Are you married?                         Yes ____ No ✓

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28   4.    a.    List amount you contribute to your spouse's support:$ _____

1        b.     List the persons other than your spouse who are dependent upon you for

2                support and indicate how much you contribute toward their support. (NOTE:

3                For minor children, list only their initials and ages. DO NOT INCLUDE

4                THEIR NAMES.). *NONE*

5

6

7  5.     Do you own or are you buying a home?        Yes ___ No X

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.     Do you own an automobile?             Yes ___ No X

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $_____

12  Monthly Payment: $_____

13  7.     Do you have a bank account? Yes ____ No X (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15

16  Present balance(s): $_____

17  Do you own any cash? Yes ___ No X Amount: $_____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.)   Yes ___ No X

20

21  8.     What are your monthly expenses? *(NONE AT PRESENT) - Incarcerated*

22  Rent: $_____ Utilities: _____

23  Food: $_____ Clothing: _____

24  Charge Accounts:

25  Name of Account        Monthly Payment        Total Owed on This Acct.

26  _____ $_____ $_____

27  _____ $_____ $_____

28  _____ $_____ $_____ 9.  Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are

2  payable. Do not include account numbers.)

3  _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?  Yes ____ No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.  𝒩/𝑜𝒩𝐸

9  _____

10  _____

11       I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13       I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _1 - 17 - 08_          _Oud0 Thuntz_

17       DATE                    SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28