DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ANDREW GSCHWIND, State Bar #231700
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3800
Facsimile:   (415) 554-3837

Attorneys for Defendant
DEPUTY SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORLANDO HERNANDEZ, | Case No. 08-CV-00640 JSW |
|---|---|
| Plaintiff, | **DECLARATION OF ANDREW GSCHWIND IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE REQUEST FOR CONTINUANCE OF DEADLINE TO FILE DISPOSITIVE MOTION** |
| vs. | |
| DEPUTY SANCHEZ | |
| Defendant. | Trial Date:   Not Set |

I, ANDREW M. GSCHWIND, declare as follows:

1.  I am an attorney admitted to practice law in the State of California and before this Court. I am employed as a Deputy City Attorney with the Office of the City Attorney for the City and County of San Francisco ("San Francisco"). I am assigned to represent defendant in the above-captioned litigation.

2.  The information contained in this declaration is true of my own personal knowledge, unless stated otherwise, and if called upon to do so, I could and would competently testify thereto.

3.  On July 9, 2008, I attempted to contact plaintiff in pro per by telephone to inquire whether he would stipulate to Defendant's Administrative Request For Continuance of Deadline to

File Dispositive Motion. I called S.F. County Jail No. 5 but was told I could not speak with plaintiff by phone.

4. I have not yet had an adequate opportunity to investigate this action. Namely, I have not met with defendant Sanchez yet and I have not obtained any City documents regarding the alleged incident (such as plaintiff's alleged grievance and/or internal Sheriff's dept. reports). In addition, because plaintiff claims to have photographs of his injuries, I intend on requesting these through discovery. Further, I am informed and believe that there may be jail medical records concerning plaintiff that are relevant to this action, but these records can only be obtained through a subpoena with notice to plaintiff. In short, I anticipate that defendant will not be in a position to file a dispositive motion in this action until at least late October, 2008.

I declare under penalty of perjury under the laws of the State of California that the preceding declaration is true, and that this declaration was executed on July 9, 2008 in San Francisco, California.

/s/
ANDREW M. GSCHWIND

## PROOF OF SERVICE

I, FOLASHADE ADESANWO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On July 10, 2008, I served the attached:

DECLARATION OF ANDREW GSCHWIND IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE REQUEST FOR CONTINUANCE OF DEADLINE TO FILE DISPOSITIVE MOTION

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Orlando Hernandez
2304416
San Bruno County Jail
P.O. Box 67
San Bruno, CA 94066

(per USDC Docket as of 6/24/08)

and served the named document in the manner indicated below:

☒ **BY MAIL:** I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY EXPRESS SERVICES OVERNITE:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the office(s) of the addressee(s).

☐ **BY FACSIMILE:** I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted wasFax #'.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 10, 2008, at San Francisco, California.

/s/ FOLASHADE ADESANWO
FOLASHADE ADESANWO