DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ANDREW GSCHWIND, State Bar #231700
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3800
Facsimile:    (415) 554-3837

Attorneys for Defendant
DEPUTY SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORLANDO HERNANDEZ, | Case No.: 08-CV-00640 JSW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE REQUEST FOR CONTINUANCE OF DEADLINE TO FILE DISPOSITIVE MOTION** |
| vs. | |
| DEPUTY SANCHEZ | |
| Defendant. | Trial Date: Not Set |

On July 9 2008 defendant Deputy Sanchez ("Defendant") requested a continuance of the Court's deadline for defendant to file a dispositive motion in this action, from July 7, 2008 to October 25, 2008.

After full consideration of the briefing and the supporting declaration of counsel, the Court rules as follows:

The Court hereby GRANTS Defendant's Administrative Request For Continuance of Deadline to File Dispositive Motion. Defendant will have until October 25, 2008 to file a dispositive motion.

1  IT IS SO ORDERED.

3  Dated:_____

   THE HON. JEFFREY S. WHITE
   United States District Judge

## PROOF OF SERVICE

I, FOLASHADE ADESANWO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On July 10, 2008, I served the attached:

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE REQUEST FOR CONTINUANCE OF DEADLINE TO FILE DISPOSITIVE MOTION

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Orlando Hernandez
2304416
San Bruno County Jail
P.O. Box 67
San Bruno, CA 94066

(per USDC Docket as of 6/24/08)

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, City and County of San Francisco, California, 94102, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY EXPRESS SERVICES OVERNITE**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered to EXPRESS SERVICES OVERNITE for overnight courier service to the office(s) of the addressee(s).

☐ **BY FACSIMILE**: I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted wasFax #'.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed July 10, 2008, at San Francisco, California.

/s/ FOLASHADE ADESANWO
FOLASHADE ADESANWO