FILED

2008 JUL 16 AM 9: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ANDREW GSCHWIND, State Bar #231700
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3800
Facsimile:     (415) 554-3837

Attorneys for Defendant
DEPUTY SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUTY SANCHEZ<br><br>Defendant. | Case No.: 08-CV-00640 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE REQUEST FOR CONTINUANCE OF DEADLINE TO FILE DISPOSITIVE MOTION<br><br>Trial Date: Not Set |

On July 9 2008 defendant Deputy Sanchez ("Defendant") requested a continuance of the Court's deadline for defendant to file a dispositive motion in this action, from July 7, 2008 to October 25, 2008.

After full consideration of the briefing and the supporting declaration of counsel, the Court rules as follows:

The Court hereby GRANTS Defendant's Administrative Request For Continuance of Deadline to File Dispositive Motion. Defendant will have until October 25, 2008 to file a dispositive motion.

1  IT IS SO ORDERED.

2

3  Dated: 07/16/08

                                            THE HON. JEFFREY S. WHITE
4                                              United States District Judge

[PROPOSED] ORDER GRNTG DEF'S ADMIN. REQ.    2
Case No.: 08-00640 JSW

n:\lit\li2007\070710\00431645.doc

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO HERNANDEZ,

    Plaintiff,

v.

SF POLICE DEPT et al,

    Defendant.
                            /

Case Number: CV08-00640 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Orlando Hernandez
2304416
San Bruno County Jail
P.O. Box 67
San Bruno, CA 94066

Dated: July 16, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk