NO. C08-0640 JSW

To whom it may concern.

My name is Orlando Hernandez #2304416 I am currently incarcerated in the San Francisco County Jail. Im not sure how to go about this but I filed a pro per civil rights complaint under 42 U.S.C 1983. Due to my situation its hard for me to deal with legal papers on my own. I have tried to get legal consult but again its hard for me to find someone. I would like if possible that I get appointed a lawyer to help me file some papers.

The defendants lawyer has requested medical records, photos and any statement from witnesses. I on my behalf I have a good share of witnesses I need someone to interview.

Again can I please get appointed a lawyer.

Thank you for your time.

Orlando Hernandez
8/27/08