UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ORLANDO HERNANDEZ, | Case No.  C 08-00640 JSW/NJV (PR) |
| Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | Date:   December 17, 2010 |
| DEPUTY SANCHEZ, | Time:   9:00 a.m. |
| | Place:  Courtroom D, 15th Floor |
| Defendant. | Judge:  Nandor J. Vadas |

Orlando Hernandez, inmate no. AC5189, is the named plaintiff in the above-captioned case.  Mr. Hernandez is currently confined in San Quentin State Prison.  He is a necessary party at a court-ordered settlement conference scheduled for December 17, 2010.  To allow for Mr. Hernandez's participation in said settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the Warden of San Quentin State Prison to produce the inmate before this Court in Courtroom D on the 15th floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on December 17, 2010 at 9:00 a.m. and throughout the duration of the settlement conference.

ACCORDINGLY, IT IS ORDERED that:

1.      A Writ of Habeas Corpus Ad Testificandum Issue, under the seal of this court commanding the Warden of San Quentin State Prison to produce the inmate to Courtroom D on

1

the 15th floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on December 17, 2010 at 9:00 a.m until the completion of settlement conference as ordered by the Court; and

2. Upon completion of the court-sponsored mediation, and upon satisfaction of this writ by the Court, Orlando Hernandez shall be returned to San Quentin State Prison under safe and secure conduct.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE WARDEN OF SAN QUENTIN STATE PRISON,

We COMMAND you to produce the inmate named above to Courtroom D on the 15th floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on December 17, 2010 at 9:00 a.m., and following completion of the court-sponsored mediation to return the inmate to the above institution pursuant to the conditions set forth above.

Dated: September 17, 2010

Nandor J. Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ORLANDO HERNANDEZ, | No. C 08-00640 JSW/NJV (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| DEPUTY SANCHEZ, | |
| Defendants. | |

I, the undersigned, hereby certify that on September 17, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Orlando Hernandez  
Inmate #AC5189  
San Quentin State Prison  
San Quentin, CA 94974

Eric Messick  
Litigation Coordinator  
San Quentin State Prison  
San Quentin, CA 94974

                /s/  Chris Wolpert
Chris Wolpert
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3