UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ORLANDO HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY SANCHEZ,<br><br>　　　　Defendant. | Case No.  C 08-00640 JSW/NJV (PR)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:   December 17, 2010<br>Time:  9:00 a.m.<br>Place:  Courtroom D, 15th Floor<br>Judge: Nandor J. Vadas |

　　　Orlando Hernandez, inmate no. AC5189, is the named plaintiff in the above-captioned case.  Mr. Hernandez is currently confined in Pleasant Valley State Prison.  He is a necessary party at a court-ordered settlement conference scheduled for December 17, 2010.  To allow for Mr. Hernandez's participation in said settlement conference, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the Warden of Pleasant Valley State Prison to produce the inmate before this Court in Courtroom D on the 15th floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on December 17, 2010 at 9:00 a.m. and throughout the duration of the settlement conference.

ACCORDINGLY, IT IS ORDERED that:

1.　　A Writ of Habeas Corpus Ad Testificandum Issue, under the seal of this court

1

1  commanding the Warden of Pleasant Valley State Prison to produce the inmate to Courtroom D
2  on the 15th floor of the Phillip Burton Federal Building and United States Courthouse, 450
3  Golden Gate Avenue, San Francisco, CA 94102 on December 17, 2010 at 9:00 a.m until the
4  completion of settlement conference as ordered by the Court; and
5  2.	Upon completion of the court-sponsored mediation, and upon satisfaction of this writ by
6  the Court, Orlando Hernandez shall be returned to Pleasant Valley State Prison under safe and
7  secure conduct.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE WARDEN OF PLEASANT VALLEY STATE PRISON,

We COMMAND you to produce the inmate named above to Courtroom D on the 15th floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on December 17, 2010 at 9:00 a.m., and following completion of the court-sponsored mediation to return the inmate to the above institution pursuant to the conditions set forth above.

Dated: September 22, 2010

IT IS SO ORDERED

Judge Nandor J. Vadas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ORLANDO HERNANDEZ, | No. C 08-00640 JSW/NJV (PR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| DEPUTY SANCHEZ, | |
| Defendants. | |
| _____/ | |

    I, the undersigned, hereby certify that on September 22, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Orlando Hernandez
Inmate #AC5189
Pleasant Valley State Prison
P.O. Box 8500 Coalinga, CA 93210

    I, the undersigned, hereby certify that on September 22, 2010 I SERVED a true and correct copy of the attached, via email addressed to the person(s) listed below.

Monica Ruiz
Case Records Technician
Pleasant Valley State Prison
monica.ruiz@cdcr.ca.gov

                                                                               /s/ Chris Wolpert
                                                                                  Chris Wolpert
                                                               Administrative Law Clerk to
                                                           the Honorable Nandor J. Vadas