UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ORLANDO HERNANDEZ, | No. C 08-00640 JSW/NJV (PR) |
| Plaintiff, | NOTICE OF CHANGE IN COURTROOM FOR DECEMBER 17, 2010 SETTLEMENT CONFERENCE |
| v. | |
| DEPUTY SANCHEZ, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference scheduled for 9:00 a.m. on Friday. December 17, 2010 will now take place in Courtroom G on the 15th Floor of the Phillip Burton U.S. Courthouse and Federal Building located at 450 Golden Gate Avenue, San Francisco, CA 94102.

All other provisions of the Court's September 17, 2010 order setting the settlement conference and related deadlines remain in full force and effect.

IT IS SO ORDERED.

Dated: November 16, 2010

_____
NANDOR J. VADAS
United States Magistrate Judge

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

ORLANDO HERNANDEZ,                                   No. C 08-00640 JSW/NJV

        Plaintiff,

   v.                                                                CERTIFICATE OF SERVICE

DEPUTY SANCHEZ,

        Defendants.
_____/

     I, the undersigned, hereby certify that on November 16, 2010 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Orlando Hernandez
Pleasant Valley State Prison
AC5189
P.O. Box 8502
Coalinga, CA 93210

/s/ Chris Wolpert
_____
Chris Wolpert
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2