IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ORLANDO HERNANDEZ, | ) | No. C 08-00640 JSW (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| DEPUTY SANCHEZ., | ) | |
| Defendant. | ) | |

Pursuant to the civil minutes order following a settlement conference in which the Honorable Nandor J. Vadas granted Plaintiff's oral motion to dismiss, this action is hereby DISMISSED. Each party shall bear his own costs, as Defendant waives his costs and fees.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: December 23, 2010

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ORLANDO HERNANDEZ,

    Plaintiff,

  v.

SF POLICE DEPT et al,

    Defendant.
                                    /

Case Number: CV08-00640 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Orlando Hernandez
Pleasant Valley State Prison
AC5189
P.O. Box 8502
Coalinga, CA 93210

Dated: December 27, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk